**PATEL v. STANLEY WORKS CUSTOMER SUPPORT**

[362 N.C. 79 (2007)]

DEVENDRA PATEL, EMPLOYEE v. THE STANLEY WORKS CUSTOMER SUPPORT, EMPLOYER, CONSTITUTION STATE SERVICE COMPANY, CARRIER

No. 445PA06

(Filed 7 December 2007)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 178 N.C. App. 562, 631 S.E.2d 892 (2006), affirming an opinion and award filed on 21 December 2004 by the North Carolina Industrial Commission. Heard in the Supreme Court 16 October 2007.

*Charles G. Monnett III & Associates, by Charles G. Monnett, III, for plaintiff-appellee.*

*Hedrick Eatman Gardner & Kincheloe, L.L.P., by M. Duane Jones, for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.